# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| v. | | CRIMINAL NO. 3:19-CR-132-S |
| TIMOTHY NIGO | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), and the waiver of allocution before this Court (ECF 25), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendant's conditions of supervised release are REVOKED, and he is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of EIGHT (8) MONTHS as to each of Counts 1-4, with all counts to run concurrently, and with no additional term of supervised release to follow. The defendant should receive credit for time served.

**SO ORDERED.**

SIGNED January 16, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE